**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | **Penny S Craig** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4014 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed in chapter: | 13   5/16/23 |
| Case number: | 23–06468 | Date case converted to chapter: | 7   4/8/24 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Penny S Craig | |
| 2. | **All other names used in the last 8 years** | fka Penny Anderson | |
| 3. | **Address** | 801 Kramer Ave <br> Elgin, IL 60120 | |
| 4. | **Debtor's attorney** <br> Name and address | David H Cutler <br> Cutler & Associates, Ltd. <br> 4131 Main St. <br> Skokie, IL 60076 | Contact phone 847–673–8600 <br> Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Frances Gecker <br> 1327 W. Washington Boulevard <br> Suite 5G–H <br> Chicago, IL 60607 | Contact phone 312–276–1400 <br> Email: fgecker@fgllp.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 4/9/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 14, 2024 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 784 215 4572, and Passcode 4371672033, OR call 1–872–201–1480**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/15/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                                                                                                       Case No. 23-06468-DRC

Penny S Craig                                                                                                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                                         User: admin                                       Page 1 of 3

Date Rcvd: Apr 09, 2024                                Form ID: 309A                                Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Penny S Craig, 801 Kramer Ave, Elgin, IL 60120-8226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Apr 09 2024 22:47:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | | Email/Text: frances.gecker@txitrustee.com | Apr 09 2024 22:47:00 | Frances Gecker, 1327 W. Washington Boulevard, Suite 5G-H, Chicago, IL 60607 |
| 30242497 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 09 2024 22:56:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 30242498 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2024 22:47:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 30242499 | + | Email/Text: bk@avant.com | Apr 09 2024 22:49:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 30242500 | | Email/Text: bankruptcy@bigpictureloans.com | Apr 09 2024 22:47:00 | Big Picture Loans, Attn: Customer Support, P.O. Box 704, Watersmeet, MI 49969 |
| 30242501 | + | EDI: CAPITALONE.COM | Apr 10 2024 02:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30299425 | + | EDI: AIS.COM | Apr 10 2024 02:37:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 30283562 | + | Email/Text: bankruptcy@cavps.com | Apr 09 2024 22:48:00 | Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, PO Box 4252, Greenwich, CT 06831-0405 |
| 30242502 | ^ | MEBN | Apr 09 2024 22:43:35 | Cavalry SPV LLC, c/o Blitt and Gaines PC, 775 Corporate Woods Pkway, Vernon Hills, IL 60061-3112 |
| 30242503 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2024 22:56:14 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 30336717 | + | Email/Text: bankruptcy@fcnetwork.com | Apr 09 2024 22:49:00 | FINANCIAL CREDIT NETWORK, PO BOX 3084, VISALIA, CA 93278-3084 |
| 30242505 | | Email/Text: BNSFN@capitalsvcs.com | Apr 09 2024 22:47:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 30242504 | + | Email/Text: bankruptcy@fcnetwork.com | Apr 09 2024 22:49:00 | Financial Credit Network, Inc, Attn: Bankruptcy, 1300 W. Main St., Visalia, CA 93291-5825 |
| 30242506 | + | EDI: PHINGENESIS | Apr 10 2024 02:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Box 4477, Beaverton, OR 97076-4401 |
| 30242515 | EDI: IRS.COM | Apr 10 2024 02:37:00 | Internal Revenue Service - 1/11, PO Box 7346, Philadelphia, PA 19101-7346 |
| 30291714 | EDI: JEFFERSONCAP.COM | Apr 10 2024 02:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 30242507 | EDI: JEFFERSONCAP.COM | Apr 10 2024 02:37:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 30326895 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 22:56:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 30242508 + | Email/Text: bankruptcy@marinerfinance.com | Apr 09 2024 22:47:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 30242509 + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 09 2024 22:47:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 30269920 | EDI: AGFINANCE.COM | Apr 10 2024 02:37:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 30242510 + | EDI: AGFINANCE.COM | Apr 10 2024 02:37:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 30330987 | EDI: PRA.COM | Apr 10 2024 02:37:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 30323495 | EDI: Q3G.COM | Apr 10 2024 02:37:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 30242511 + | Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2024 22:48:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 30242512 + | EDI: SYNC | Apr 10 2024 02:37:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30242513 + | EDI: SYNC | Apr 10 2024 02:37:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30242514 + | EDI: LCIUPSTART | Apr 10 2024 02:37:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 30247750 ^ | MEBN | Apr 09 2024 22:45:53 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024   Signature:  /s/Gustava Winters

Case 23-06468 Doc 32 Filed 04/11/24 Entered 04/11/24 23:13:00 Desc Imaged
Certificate of Notice Page 5 of 5

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 309A | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Penny S Craig cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Frances Gecker | fgecker@fgllp.com<br>fgecker@fgllp.com;csmith@fgllp.com;fgecker@iq7technology.com;ecf.alert+Gecker@titlexi.com;mmatlock@fgllp.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 4